# United States Bankruptcy Court
## District of Arizona

In re  **RDX TECHNOLOGIES CORPORATION**                  Case No.  **15-bk-15859-PS**
                                    Debtor(s)            Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **RDX TECHNOLOGIES CORPORATION**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**CDS & CO (NCI)**
**PO BOX 1038 STN A, 25 THE ESPLANADE**
**TORONTO, ON CANADA M5W 1G5**

**EXCHANGES CONTROL FOR CLASS C01**
**100 UNIVERSITY AVE, 8TH FLOOR**
**TORONTOA ON, M5J 2Y1**

**GEM INVESTMENT AMERICA LLC**
**590 MADISON AVE., 36TH FLOOR**
**New York, NY 10022**

☐ None [*Check if applicable*]

| | |
|---|---|
| **January 8, 2016** | **/s/ Ronald J. Ellett** |
| Date | **Ronald J. Ellett 012697** |
| | Signature of Attorney or Litigant |
| | Counsel for  **RDX TECHNOLOGIES CORPORATION** |
| | **Ellett Law Offices, P.C.** |
| | **2999 North 44th Street** |
| | **Suite 330** |
| | **Phoenix, AZ 85008** |
| | **602-235-9510 Fax:602-235-9098** |
| | **hsantilli@ellettlaw.com** |