*ELLETT LAW OFFICES, P.C.*
**2999 North 44th Street**
**Suite 330**
**Phoenix, Arizona 85018**

**Telephone (602) 235-9510**
**Fax: (602) 235-9098**

January 21, 2016

RDX Technologies Corporation
14747 North Northsight Blvd.
Scottsdale, Arizona 85260

## CASE ADMINISTRATION

| 12-18-15 | rje | e-mail to client on Judge Assignment .1 | .1 |
|---|---|---|---|
| 12-18-15 | hks | reviewed email from Dennis .1; reviewed judge assignment and responded to Dennis's email .1; CW Ashley on missing documents and filing .5 | .7 |
| 12/18/15 | adl | OC w/ HS re: filing and documents that we still need (.5) | .5 |
| 12-21-15 | rje | review of two e-mail from Dennis Danzik.1; review of e-mail from UST trustee's Office with letter standard package of instruction and documents .2; e-mail to client with same and explaining next steps .2 | .5 |
| 12-22-15 | rje | tcw Dennis Danzik on Wells Fargo freezing account of related company .1; e-mail from client on issue .1 | .2 |
| 12-23-15 | rje | review of Notice of Appearance *and Request for Notice* filed on behalf of Resource Recovery Corporation, CWT Canada II Limited Partnership .1 | .1 |
| 12-24-15 | hks | review signed creditor matrix dropped off by RDX runner .1; uploaded matrix into ECF .1; filed initial mailing list .1 | .3 |
| 12-28-15 | rje | cw hs and review of incomplete answers on schedules and questionnaire and prepare e-mail to Dennis on same 1.0 | 1.0 |
| 12-28-15 | hks | reviewed schedules and missing information .4; CW Ron on missing information 1.0; email Dennis regarding information that is still missing .1 | 1.5 |
| 12-29-15 | rje | review of two e-mails on schedules .1 | .1 |
| 12-30-15 | rje | revise motion for extension of time to file schedules .2 | .2 |

| Date | Initials | Description | Hours |
|---|---|---|---|
| 12-30-15 | hks | reviewed emails from Dennis responsive to my email from yesterday requesting information .2; edited schedules E/F .5; updated creditor matrix in ECF .2; TCW Monica with RDX on new creditor list information .1; edited statement of financial affairs to include updated information from Dennis .3; draft motion to extend time line to file schedules .2; draft order granting motion to extend .1; draft notice of lodging .1 | 1.7 |
| 12-31-15 | hks | reviewed email from Dennis .1 | .1 |
| 1-5-16 | rje | cw HS on schedule and statements and instructions to HS on e-mail to client .5 | .5 |
| 1-5-16 | hks | CW Ron on status of finishing schedules .5; reviewed information emailed from Dennis and Monica .2; reviewed schedules .3; emailed Dennis re: information that was still missing but necessary for filing schedules .2; edited statement of financial affairs #28 .1; drafted list of equity security holders .2; reviewed email from Glenn Davies .1 | 1.6 |
| 1-6-16 | rje | review of 3 motions for limited admission .2; e-mail to client on schedules information needed .2; tcw client and HKS on case and needed information .3 | .7 |
| 1-7-16 | rje | review of information provided by Dennis Danzik By e-mail .1; tcw Dennis on valuation issues .3 | .4 |
| 1-8-16 | rje | tcw Attorney Sklozink ( of L.A.) on investigation and possible stay issues .2; cw Helen Santilli on proper classification of claims and subsidiary valuations .4;cw Dennis Danzik on schedules, trustee's requests and general strategy on case and facts 2.5; work on papers required by US trustee .2 | 3.2 |
| 1-11-16 | rje | work on information for US Trustee .2;review of e-mail on complaint by Nancy Bogardus .1;review of repsonse from D. Danzik .1 | .2 |
| 1-12-16 | hks | reviewed all emails from Dennis, Monica Garcia, and Tony Ker for information Dennis alleged was in emails .5; updated documents for trustee regarding client's leases .3; CW Ron to edit lease documents for trustee .1 | .9 |
| 1-13-16 | rje | review of signed order granting extension of time to file schedules .1; review of file prior to mandatory meeting with US trustee employee Christine Dior .3; travel to meeting and conference with Dennis Danzik .4; attend meeting with Christine Dior and Dennis Danzik 1.6; cw client and travel back from meeting .4 | 2.8 |
| 1-14-16 | rje | tcw Dennis Danzik on facts and law suits prevoiuisly pending in LA and other issues .4; TCW Tony Kerr and Dennis Danzik on factual history and status 1.0 | 1.4 |

| 1-20-16 | rje | review of order for status hearing .1; return call to Dennis Danzik .1; tcw Dennis Danzik .3; review of e-mail from Christine Dior .1; e-mail to Dennis Danzik on information needed .1; cw HS on updating schedules .7; review of rule 2015.3 and cw HS on same .3; review of minutes of 341 meeting .1 | 2.1 |
|---|---|---|---|
| 1-20-16 | hks | amend schedule H .1; reviewed emails with attachments from Ron forwarded from client .3; edit statement of financial affairs .5; begin draft of form B26 .2 | 1.1 |
| 1-21-16 | rje | review of file proir to court status hearing .4; travel to court .5; attend hearing 1.0; travel back from hearing .4; tcw client on outcome of hearing and get update on status .2 | 1.5 |
| 1-25-16 | hks | draft order setting bar date .2; draft accompanying notice of lodging .2 | .4 |
| 2-1-16 | rje | review of e-mail from Dennis on several issues .1; draft responsive e-mail on bankruptcy issues and requesting clarification on facts .2; | .2 |
| 2-1-16 | hks | reviewed email from Dennis .1; uploaded order setting bar date .1; filed notice of lodging order .1 | .3 |
|  |  |  | 24.3 |

| Professional | Admitted | Hours | Rate |  |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 15.2 | $495 | $ 7,524.00 |
| Helen Santilli | 2015 | 8.6 | $250 | $ 2,150.00 |
| Ashley Lannon | Paralegal | .5 | $165 | $ 82.50 |
| Total Fees |  | 24.3 |  | $ 9,756.50 |

### NEW YORK STATE COURT LITIGATION

| 12-17-15 | hks | TCW Michael Finkelstein .2; email Michael Finkelstein information pertaining to bankruptcy filing .1 | .3 |
|---|---|---|---|
| 12-18-15 | rje | tcw Michael Finkelstien .3; draft notice language to e-mail to Michael Finkelstien and instruct adl to e-mail same .2 | .5 |
| 12-18-15 | hks | TCW Michael Finkelstein .1 | .1 |
| 12/18/15 | adl | Draft email to Finkelstein per RJE re: language in a notice of filing bk(.2) | .2 |
| 12-21-15 | rje | cw hs on finding cases on extension of stay and standard in 9th Circuit .2; review of cases on extension of stay in ninth circuit including In Re Excel Innovation, Inc., 1.2; e-mail to Dennis Danzik on problems with attempting to extend stay to corporate officers in under facts of this case .2; review of e-mail and letter .1 | 1.7 |

| 1-7-16 | rje | legal research on disqualification motion and law 1.2 | 1.2 |
| 1-15-16 | hks | reviewed email from Dennis with attached court orders .2; CW Ron on orders .1 | .3 |
| 1-20-16 | rje | review of orders from Danzik on prior NY state court issues .5 | .5 |
| 1-26-16 | rje | tcw Dennis Danzik on case and status .3;tcw Michael Finkelstien on stay and discovery issues in new York case .4 | .7 |
| 2-3-16 | rje | tcw Michael Finkelstien on his concerns over possible stay violation by actions at company's directors .4 | .4 |
| | | | 5.9 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 5 | $495 | $ 2,475.00 |
| Helen Santilli | 2015 | .7 | $250 | $ 175.00 |
| Ashley Lannon | Paralegal | .2 | $165 | $ 33.00 |
| Total Fees | | 5.9 | | $ 2,683.00 |

**BUSINESS OPERATIONS**

| 1-5-16 | rje | review of e-mail from potential buyer and respond with time for conference call .1 | .1 |
| 1-7-16 | rje | tcw interested buyer Michael Reich of Reich brothers .3 | .1 |
| | | | .2 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | .2 | $495 | $ 99.00 |
| Total Fees | | .2 | | $ 99.00 |

**CASH COLLATERAL CLAIM OF SIGMA OPPORTUNITY FUND**

| 1-13-16 | rje | review of non-consent to cash collateral notice .2; tct D. Danzik and leave message .1; review of UCC filing by Sigma Optima .2; legal research on whether Sigma's UCC would even apply to shares of stock 1.2; tct J. Yang and leave message .1; detailed -email to J. Yang .2; TCW Dennis Danzik on facts and circumstances surrounding M2 Renewables and allegations of Sigma fund .3 | 2.3 |

| 1-12-16 | hks | CW Ron to discuss Notice of Non-Consent to use cash collateral filed by Sigma .1; research UCC definitions regarding Sigma's UCC filing and RDX's stock interests and perfection methods pertaining to the same  1.1 | 1.2 |
|---|---|---|---|
| 1-12-16 | rje | review of Notice of Appearance filed by Jasmin Yang on behalf of Sigma Opportunity Fund II, LLC (.1) | .1 |
| 1-14-16 | rje | tcw Jasmin Yang on behalf of Sigma Opportunity Fund on case and moving forward .4 | .4 |
| | | | 4 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 2.8 | $495 | $ 1,386.00 |
| Helen Santilli | 2015 | 1.2 | $250 | $ 300.00 |
| Total Fees | | 4 | | $ 1,686.00 |

### ASSET INVESTIGATION

| 1-13-16 | rje | review of e-mail on Calgary suit with documents .4; tct Matthew James counsel in Canada .1; tcw Matthew James on Canadian law suit .2; review of e-mail and attachment from M. James .2 | .9 |
|---|---|---|---|
| 1-21-16 | rje | second tcw client on jurisdictional questions and other strategic issues .3; legal research on recent cases on jurisdiction 1.6 | 1.9 |
| | | | 2.8 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 2.8 | $495 | $ 1,386.00 |
| Total Fees | | 2.8 | | $ 1,386.00 |

### RESEARCH LITIGATION DISQUALIFICATION OF RDX'S FORMER COUNSEL FROM REPRESENTING CREDITOR IN RDX'S BANKRUPTCY

| 1-13-15 | rje | legal research on disqualification basis .7 | .7 |
|---|---|---|---|
| | | | .7 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | .7 | $495 | $ 346.50 |
| Total Fees | | .7 | | $ 346.50 |

## TRUSTEE COMPLIANCE ISSUES

| 1-13-15 | rje | review of file prior to mandatory meeting with US trustee employee Christine Dior .3; travel to meeting and conference with Dennis Danzik .4; attend meeting with Christine Dior and Dennis Danzik 1.6; cw client and travel back from meeting .4 | 2.7 |
|---|---|---|---|
| | | | 2.7 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 2.7 | $495 | $ 1,336.50 |
| Total Fees | | 2.7 | | $ 1,336.50 |

## 341 MEETING

| 1-19-16 | rje | review of file prior to 341 meeting .2;tcw client prior to 341 meeting .2; travel to 341 meeting .4;attedn 341 meeting .6; cw client after 341 meeting .6; travel back from 341 meeting .4 | 2.4 |
|---|---|---|---|
| | | | 2.4 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 2.4 | $495 | $ 1,188.00 |
| Total Fees | | 2.4 | | $ 1,188.00 |

## FEE APPLICATION AND APPLICATIONS FOR EMPLOYMENT

| 12-17-15 | hks | filed application to employ .1 | .1 |
|---|---|---|---|
| 12/18/15 | adl | finish drafting authorizing employment and notice of lodging order(.2); office conference re: finishing the order authorizing employment and office conference to review and approve order and notice(.3) EF notice and order to employ and upload Order for judges approval(.3) | .8 |
| 12-23-15 | rje | revise for of order for appointment .1 | .1 |
| 12-23-15 | hks | reviewed email from clerk on need to amend and resubmit order appointing attorney .1; amended order per Judge Sala's requirements .1 | .2 |
| 1-4-16 | rje | reviewed signed order granting ELO, PC employment .1 | .1 |
| | | | 1.3 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | .2 | $495 | $ 99.00 |

| Helen Santilli | 2015 | .3 | $250 | $ 75.00 |
|---|---|---|---|---|
| Ashley Lannon | Paralegal | .8 | $165 | $ 132.00 |
| Total Fees | | 1.3 | | $ 306.00 |

### CLAIMS ADMINISTRATION

| 1-12-15 | rje | review of e-mail from Christine Dior US trustee on further information .1 tcw representative of Ferrell Gas on equipment .2 second tcw Ferrell Gas rep .1; review of e-mail with additional information from client on leases .2; tcw Dennis on tomorrow's meeting and statu of opening accounts .2 | .7 |
|---|---|---|---|
| 1-13-15 | rje | review of proof of claim of Copper State Bolt & Nut Co. (.1) | .1 |
| 1-19-16 | rje | review of proof of claim of McCaster Supply Co. .1 | .1 |
| 1-20-16 | rje | review of proof of claim of Brockwells (.1) | .1 |
| 1-22-16 | rje | review of proof of claim of Ferrell gas Inc (.1) | .1 |
| | | | 1.1 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 1.1 | $495 | $ 544.50 |
| Total Fees | | | | $ 544.50 |

| Professional | Admitted | Hours | Rate | |
|---|---|---|---|---|
| Ronald J. Ellett | 1989 | 30.4 | $495 | $ 15,048.00 |
| Helen Santilli | 2015 | 10.8 | $165 | $ 2,700.00 |
| Ashley Lannon | Paralegal | 1.5 | $165 | $ 247.50 |
| Total Fees | | 42.7 | | $ 17,995.50 |